UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON MICHAEL GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>DELMAR GREENLEAF, et al.,<br><br>Defendants. | No. 2:16-cv-0269 AC P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding through counsel, has filed a civil rights complaint pursuant to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. There are three problems with plaintiff's in forma pauperis application. First, plaintiff has not signed and dated the application. Second, the Certificate portion of the form – which must be completed by an authorized official at plaintiff's place of incarceration – has not been filled out. Third, plaintiff has not submitted a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a fully completed in forma pauperis application and a certified copy of his trust account statement for the relevant period.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall, within thirty days after the filing date of this order, submit to the court:

    a. A completed application in support of his request to proceed in forma pauperis, on the form provided herewith by the Clerk of Court, that includes plaintiff's dated signature and completion of the Certificate portion of the affidavit by an authorized official at plaintiff's place of incarceration; and

    b. A certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of his complaint.

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

3. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: February 18, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2