1 XAVIER BECERRA, State Bar No. 118517
Attorney General of California
2 PETER A. MESHOT, State Bar No. 117061
Supervising Deputy Attorney General
3 VICKIE P. WHITNEY, State Bar No. 145316
Deputy Attorney General
4  1300 I Street, Suite 125
 P.O. Box 944255
5  Sacramento, CA 94244-2550
 Telephone: (916) 210-7520
6  Fax: (916) 322-8288
 E-mail: Vickie.Whitney@doj.ca.gov
7 *Attorneys for Defendants*
*Abdur-Rahman, Greenleaf, and Jones*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BRANDON MICHAEL GARCIA,** <br><br> Plaintiff, <br><br> v. <br><br> **DELMAR GREENLEAF, M.D., et al.,** <br><br> Defendants. | 2:16-cv-0269 JAM DB (PC) <br><br> **STIPULATION FOR MODIFICATION OF DISCOVERY AND SCHEDULING ORDER; PROPOSED ORDER** <br><br> Judge: The Honorable Deborah Barnes <br> Trial Date: Not set <br> Action Filed: February 10, 2016 |

On July 21, 2017, the Court issued the Discovery and Scheduling Order in this case. (ECF No. 21.) Pursuant to the Discovery and Scheduling Order, the discovery deadline is currently set for November 13, 2017, and the dispositive motion deadline for February 28, 2018. (*Id.* at ¶¶ 6 & 7.) While discovery has been underway, due to the schedules of counsel for both Plaintiff and Defendants, discovery cannot be completed by the currently set date of November 13, 2017. As a result, the parties Stipulate to and request that the Court modify the Discovery and Scheduling Order to reflect the following modified dates:

Discovery and Discovery Motion Deadline: January 30, 2018;

Dispositive Motion Deadline: April 23, 2018.

1

Stip. For Modification of Discovery & Scheduling Order (2:16-cv-0269 JAM DB (PC))

SO STIPULATED.

Dated: October 2, 2017

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
PETER A. MESHOT
Supervising Deputy Attorney General

*/s/ Vickie P. Whitney*

VICKIE P. WHITNEY
Deputy Attorney General
*Attorneys for Defendants Abdur-Rahman, Greenleaf, and Jones*


Law Offices of Julia M. Young

*/s/ Julia M. Young*

JULIA M. YOUNG
*Attorney for Plaintiff Garcia*

## ORDER

Based on the Stipulation of Counsel, and good cause shown, the Court grants the stipulated modification of the Discovery and Scheduling Order. The modified dates are now as follows:

Discovery and Discovery Motion Deadline: January 30, 2018;

Dispositive Motion Deadline: April 23, 2018.

DATED: October 3, 2017

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/garc0269.dso eot

2

Stip. For Modification of Discovery & Scheduling Order (2:16-cv-0269 JAM DB (PC))