XAVIER BECERRA, State Bar No. 118517
Attorney General of California
PAMELA J. HOLMES, State Bar No. 147360
Supervising Deputy Attorney General
MATTHEW W. ROMAN, State Bar No. 267717
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6239
  Fax: (916) 322-8288
  E-mail: Matthew.Roman@doj.ca.gov
*Attorneys for Defendants*
*Abdur-Rahman, Greenleaf, and Jones*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BRANDON MICHAEL GARCIA**,<br><br>                          Plaintiff,<br><br>v.<br><br>**DELMAR GREENLEAF, M.D., et al.**,<br><br>                        Defendants. | 2:16-cv-0269 JAM DB (PC)<br><br>**STIPULATION FOR MODIFICATION OF DISCOVERY AND SCHEDULING ORDER; PROPOSED ORDER**<br><br>Judge:     The Honorable<br>             Deborah Barnes<br>Trial Date:  Not Set<br>Action Filed: February 10, 2016 |

On October 3, 2017, Magistrate Judge Barnes signed the Order adopting the stipulation of the parties to extend the deadlines for discovery and dispositive motions in this case. (ECF No. 23.) Pursuant to the Order, the discovery deadline is currently set for January 30, 2018, and the dispositive motion deadline for April 23, 2018. (*Id.*) While discovery has been underway, due to the schedules of counsel for both Plaintiff and Defendants, and delays in anticipated settlement discussions, discovery cannot be completed by the currently set date of January 30, 2018. As a result, the parties Stipulate to and request that the Court modify the Discovery and Scheduling Order to reflect the following modified dates:

Discovery and Discovery Motion Deadline: March 30, 2018;

Dispositive Motion Deadline: June 29, 2018.

SO STIPULATED.

Dated: January 25, 2018                                    Respectfully submitted,

XAVIER BECERRA
Attorney General of California
PAMELA J. HOLMES
Supervising Deputy Attorney General

*/s/ Matthew W. Roman*

MATTHEW W. ROMAN
Deputy Attorney General
*Attorneys for Defendants*
*Abdur-Rahman, Greenleaf, and Jones*

Law Offices of Julia M. Young

*/s/ Julia M. Young*

JULIA M. YOUNG
*Attorney for Plaintiff Garcia*

**ORDER**

Based on the Stipulation of Counsel, and good cause shown, the Court grants the stipulated modification of the Discovery and Scheduling Order. The modified dates are now as follows:

Discovery and Discovery Motion Deadline: March 30, 2018;

Dispositive Motion Deadline: June 29, 2018.

DATED: January 26, 2018

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/orders/prisoner-civil rights/garc0269.dso eot2

2