LAW OFFICES OF JULIA M. YOUNG
JULIA M. YOUNG, SBN 225077
4120 Douglas Blvd., Suite 306-494
Granite Bay, CA 95746
Tel: (916) 296-0786
Fax: (916) 914-1997

Attorney for Plaintiff
BRANDON MICHAEL GARCIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON MICHAEL GARCIA,<br><br>Plaintiff,<br><br>vs.<br><br>DELMAR GREENLEAF, M.D., et al.,<br><br>Defendants. | Case No.:2:16-cv-269 JAM-DB<br><br>ORDER GRANTING PLAINTIFF AN ADDITIONAL FORTY-TWO (42) DAY EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

Good cause appearing, IT IS HEREBY ORDERED that plaintiff's unopposed motion for an extension of time (ECF No. 36) is granted. Plaintiff's opposition to defendants' motion for summary judgment is due on or before January 11, 2019.

DATED: November 29, 2018

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/garc0269.msj opp eot5

1