**LAW OFFICES OF JULIA M. YOUNG**
**JULIA M. YOUNG, SBN 225077**
4120 Douglas Blvd., Suite 306-494
Granite Bay, CA 95746
Tel: (916) 296-0786
Fax: (916) 914-1997

Attorney for Plaintiff
BRANDON MICHAEL GARCIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON MICHAEL GARCIA,<br><br>Plaintiff,<br><br>vs.<br><br>DELMAR GREENLEAF, M.D., et al.,<br><br>Defendants. | Case No.:2:16-cv-0269 JAM-DB<br><br>ORDER GRANTING PLAINTIFF A TWENTY-ONE (21) DAY EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT |

Good cause appearing, IT IS HEREBY ORDERED that plaintiff's unopposed motion for an extension of time (ECF No. 38) is granted. Plaintiff's opposition to defendants' motion for summary judgement shall be filed on or before February 1, 2019. No further extensions of time will be granted.

DATED: January 11, 2019

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/garc0269.msj oppo eot(3)

1