1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| BRANDON MICHAEL GARCIA, | No. 2:16-cv-0269 JAM DB P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| DELMAR GREENLEAF, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding through counsel with an action under 42 U.S.C. § 1983. On April 17, 2019, the court denied defendants' motion for summary judgment. Accordingly, IT IS HEREBY ORDERED as follows:

1. Within twenty days of the date of this order, the parties shall meet and confer regarding a settlement conference.

2. If the parties agree that a settlement conference at this juncture would be useful, within twenty days they shall file a joint statement so informing the court and stating whether they waive any claim of disqualification from having the undersigned magistrate judge conduct the conference or whether they wish to have a different magistrate judge conduct it.

3. If the parties do not agree that a settlement conference would be useful, then within thirty days of the date of this order, plaintiff shall file a pretrial statement pursuant to

1

Local Rule 281.  Within ten days of plaintiff's filing, defendants shall file a pretrial statement.  In addition to the material required by Local Rule 281, the parties are invited to submit any suggestions they may have concerning the matters set forth in Local Rule 282.

Dated:  May 20, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/garc0269.41aty