|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| BRANDON MICHAEL GARCIA, | No. 2:16-cv-0269 JAM DB P |
|---|---|
| Plaintiff, |   |
| v. | ORDER |
| DELMAR GREENLEAF, et al., |   |
| Defendants. |   |

Plaintiff is a state prisoner proceeding through counsel with an action under 42 U.S.C. § 1983. On April 17, 2019, the court denied defendants' motion for summary judgment. (ECF No. 44.) This court then asked counsel to advise the court whether a settlement conference would be useful at this juncture. (ECF No. 45.) On June 4, the parties filed a joint statement in which they agreed that a settlement conference would be useful and that both parties waive any claim of disqualification from having the undersigned magistrate judge conduct that conference.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The undersigned will hold a settlement conference on August 21, 2019 at 10:00 a.m. in courtroom #27. At least seven days prior to the conference, the parties shall submit confidential settlement conference statements and file a Notice of Submission of Confidential Settlement Conference Statement. See E.D. Cal. R. 270(d). The parties shall e-mail their settlement conference statements to dborders@caed.uscourts.gov.

2. All parties are required to have principals present at the settlement conference. Plaintiff may appear in person or by video conference. At least six weeks before the conference, plaintiff's counsel must file a request for the issuance of a writ of habeas corpus ad testificandum from this court. If plaintiff will seek to appear by video conference, plaintiff's counsel shall confirm with the litigation coordinator at plaintiff's institution of confinement that video conferencing is available at the appropriate time.

3. An informal telephonic conference is set for August 19, 2019 at 2:30 p.m. before the undersigned. To access the conference call, counsel are instructed to call the following toll-free number from a land line: (877) 336-1828, and enter access code: 1864917 plus (#) and follow the prompts.

Dated: June 10, 2019

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/garc0269.sett conf