# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDON MICHAEL GARCIA
        Plaintiff,                    No. 2:16-cv-0269 JAM DB P

vs.

DELMAR GREENLEAF, et al.
        Defendants.             **ORDER & WRIT OF HABEAS CORPUS**
                              /                        **AD TESTIFICANDUM**

      Brandon Michael Garcia, inmate #AL4804, a necessary and material witness in proceedings in this case on August 21, 2019, is confined at the California Substance Abuse Treatment Facility ("SATF"), in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Deborah Barnes, to appear by video-conferencing at SATF on August 21, 2019 at 10:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ;

      3. The Clerk of the Court is directed to serve a copy by fax on the Litigation Coordinator at SATF, (559) 992-7206; and

      4. Counsel for defendant, the assigned Deputy Attorney General, shall confirm with the prison no less than two days prior to the settlement conference that the prison's video-conference equipment will connect to the court's system. Any difficulties shall immediately be reported to Pete Buzo, Courtroom Deputy, at (916) 930-4128.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of SATF, 900 Quebec Ave., Corcoran, CA 93212:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: June 12, 2019

DLB:9/garc0269.841.vc

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE