1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDON MICHAEL GARCIA,

Plaintiff,

v.

DELMAR GREENLEAF, et al.,

Defendants.

No.  2:16-cv-0269 JAM DB P

ORDER

Plaintiff is a state prisoner proceeding through counsel with an action under 42 U.S.C. § 1983.  Because this case did not settle during the August 21, 2019 conference, this case shall proceed to the pretrial phase.

Accordingly, IT IS HEREBY ORDERED that within thirty days of the filed date of this order, plaintiff shall file a pretrial statement pursuant to Local Rule 281.  Within ten days of plaintiff's filing, defendants shall file a pretrial statement.  In their statements, the parties are invited to submit suggestions concerning the matters set forth in Local Rule 282.

Dated:  August 28, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB/prisoner-civil rights/garc0269.pts or

1