# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON MICHAEL GARCIA, | No. 2:16-cv-0269 JAM DB P |
| Plaintiff, | |
| v. | ORDER |
| DELMAR GREENLEAF, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding through counsel with an action under 42 U.S.C. § 1983. The parties have submitted pretrial statements.

Accordingly, IT IS HEREBY ORDERED that on November 12, 2019 at 2:00 p.m., the undersigned shall hold a pretrial conference. Counsel shall be prepared to discuss the subjects set out in Local Rule 282, as well as any other subjects counsel feel are necessary for trial preparation.

Dated: October 24, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/garc0269.ptc date

1