1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  ALBERTO L. GONZALEZ, State Bar No. 117605
   Supervising Deputy Attorney General
3  MATTHEW W. ROMAN, State Bar No. 267717
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 210-6239
6    Fax: (916) 322-8288
     E-mail: Matthew.Roman@doj.ca.gov
7  *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLOVIS DIVISION

| | |
|---|---|
| **BRANDON MICHAEL GARCIA**, | 2:16-cv-0269 JAM DB (PC) |
| Plaintiff, | **ORDER REGARDING EXPERT DISCLOSURES AND DISCOVERY** |
| v. | Judge: The Honorable Deborah Barnes |
| **DELMAR GREENLEAF, M.D., et al.**, | Action Filed: February 10, 2016 |
| Defendants. | |

Based on the parties' stipulation, and good cause shown, IT IS HEREBY ORDERED that:

1. On or before March 13, 2020, the parties shall disclose expert testimony as set out in Federal Rule of Civil Procedure 26(a)(2).

2. All expert discovery, including any motions to compel discovery, shall be completed by April 17, 2020.

Dated: December 12, 2019

DLB:9/DB/prisoner-civil rights/garc0269.pto experts

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE