UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON MICHAEL GARCIA,<br><br>   Plaintiff,<br><br>   v.<br><br>DELMAR GREENLEAF, et al.,<br><br>   Defendants. | No. 2:16-cv-0269 JAM DB P<br><br><br><br>ORDER |

Pursuant to a joint stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. A settlement conference is scheduled in this matter for March 24, 2021 at 10:00 AM before the undersigned magistrate judge. The settlement conference will be conducted by video conference through the Zoom application (which is free and must be downloaded to your computer or mobile device prior to the hearing). Counsel must have access to a computer/digital device with audio and video function available for use on the video conference.

2. The court will issue a writ of habeas corpus ad testificandum to secure plaintiff's video presence at the settlement conference.

3. The parties are directed to submit confidential settlement conference statements by noon on March 17, 2021, to the following email address: dborders@caed.uscourts.gov.

////

1

Additionally, each party shall file a "Notice of Submission of Confidential Settlement Conference Statement."  E.D. Cal. R. 270 (d).

4.  All parties are required to have principals present at the settlement conference.

5.  Based on the parties' prior waiver of any claim of disqualification from having the undersigned magistrate judge conduct the settlement conference and based on the parties' request that the undersigned magistrate judge conduct the March settlement conference, this court considers the parties to have again waived any claim of disqualification.  If that is not the case, the party or parties shall notify the court immediately.

IT IS FURTHER ORDERED that an Informal Telephonic Conference is scheduled for March 22, 2021 at 02:30 PM in the chambers of the undersigned magistrate judge.  To access the conference call, counsel are instructed to call the following toll-free number from a land line: (877) 336-1828, and enter access code: 1864917 plus (#) and follow the prompts.  The lead attorney appearing at the settlement conference shall make the telephonic appearance at the informal conference.

Dated:  January 19, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/garc0269.sett conf2.or