UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON MICHAEL GARCIA, | No. 2:16-cv-0269 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| DELMAR GREENLEAF, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding through counsel with an action pursuant to 42 U.S.C. § 1983. On June 23, 2022, the parties filed a notice of settlement. (ECF No. 77.) The docket text associated with the notice of settlement indicated that dispositional documents would be filed by July 18, 2022.[1] More than thirty days have passed since the notice of settlement was filed and the parties have not filed dispositional documents. The undersigned will order the parties to file the requisite disposition documents or file a joint statement indicating why they have not filed such documents.

////

////

---

[1] A jury trial was set to commence on July 18, 2022, before United States District Judge Mendez. (ECF No. 76.) However, in light of the parties notice of settlement the trial did not take place. This action was reassigned to Chief District Judge Mueller on July 27, 2022. (ECF No. 78.)

1

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the date of this order the parties shall either file dispositional documents, including a stipulated dismissal, or file a joint statement indicating why such documents have not been filed.

Dated: August 2, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/garc0269.dispo docs